ELIAS FREIDUS and MORRIS STEINBERG, Appellants, v. ERCASA REALTY CORPORATION and Others, Defendants, Impleaded with JOHN F. KILLGREW, as Receiver, and NATIONAL SURETY CORPORATION, as Surety, Respondents.— Order, so far as appealed from, settling the account of the receiver, fixing his commissions in the sum of $1,769.34, unanimously modified by reducing the commissions to

three per cent, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.